## UNITED STATES BANKRUPTCY COURT
### Western District of Illinois

IN RE:                                    CHAPTER 13

PHOEBE L. FILLWEBER                        CASE NO. 09-70846

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   **Cenlar Central Loan Admin & Reporting**          Court claim #: 7

**Last four digits** of any number used to identify the debtor's account: 9803 / 4106

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $9,009.38 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $9,009.38 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐   Thru the Chapter 13 Plan | ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   7/15/2014                 /s/Lydia S. Meyer
                                   Lydia S. Meyer, Trustee
                                   308 W. State St., Suite 212
                                   Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 15th Day of July, 2014.

Dated:   7/15/2014                 /s/Cynthia K. Burnard

CENLAR CENTRAL LOAN ADMIN & REPORTING
425 PHILLIPS BOULEVARD
EWING, NJ 08618

CODILIS & ASSOCIATES
15W030 NORTH FRONTAGE RD., SUITE 100
WILLOWBROOK, IL  60527

PHOEBE L. FILLWEBER
331 N. CHICAGO AVENUE
ROCKFORD, IL  61107

ATTORNEY DAVID H. CARTER
ROCKFORD BANKRUPTCY CLINIC
ONE COURT PLACE, SUITE 401
ROCKFORD, IL  61101

PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN, SUITE 1300
CHICAGO, IL  60602